IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                        Case No. 03-50010

ANTHONY L. TURNER                                                       DEFENDANT

### O R D E R

NOW on this 5th day of February, 2008 the above referenced matter comes on for the Court's consideration of the defendant's letter dated January 28, 2008, filed by the Clerk as a motion for receipt of documents. The instant motion is **granted in part, and denied in part**. The Court hereby orders that the Clerk forward a copy of the Judgment and Commitment (document #32) to the defendant. However, although the defendant also requests a transcript of the sentencing, the sentencing hearing has not been transcribed and this Court will deny that request in the absence of good cause.

**IT IS SO ORDERED.**

**/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**