```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                        Case No. 03-50010

ANTHONY L. TURNER                                             DEFENDANT

### O R D E R

NOW on this 5th day of December, 2008 the above referenced matter comes on for the Court's consideration of the defendant's pro se **Motion for Reconsideration (Doc. 43)** and the **Motion to Reduce Sentence (Doc. 45)** filed by the defendant's appointed counsel.  As set out in an order entered on January 30, 2008 (Doc. 40), in which the Court denied the defendant's original pro se Motion for Reduction of Sentence (Doc. 38), the defendant is not eligible for a sentence reduction based on Amendment 706 to the crack-cocaine guidelines, as the defendant was sentenced as a career offender.  See United States v. Tingle, 524 F.3d 839, 840 (8th Cir. 2008).

Accordingly, the instant motions **(Docs. 43, 45)** are hereby **DENIED.**

**IT IS SO ORDERED.**

                                    **/s/ Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**